# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, ) | 1:12cv01873 DLB PC |
| ) | |
| Plaintiff, ) | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO FOLLOW A COURT ORDER |
| vs. ) | |
| ) | |
| CSP CORCORAN, et al., ) | THIRTY-DAY RESPONSE DEADLINE |
| ) | |
| Defendants. ) | |

Plaintiff Gary Dale Barger ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on November 15, 2012. On November 21, 2012, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within 45 days. Over 45 days have passed and Plaintiff has not complied with this order.

The Court notes that it received a packet from Plaintiff within this time frame containing documents to be filed in various cases. Most of the documents, however, were not clearly labeled and some were indecipherable. Accordingly, the Court was unable to determine which documents belonged to which cases.

Plaintiff is therefore ORDERED TO SHOW CAUSE why this action should not be dismissed for failure to follow the Court's November 12, 2012, order. Plaintiff must file a response to this order within thirty (30) days of the date of service of this order. Plaintiff may

1

also comply with this order by filing an application to proceed in forma pauperis or paying the filing fee.  Plaintiff is reminded that all documents sent to the Court for filing must be clearly labeled with the appropriate case number.

<u>Failure to follow this order will result in a recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated:   **January 30, 2013**                    /s/ *Dennis L. Beck*
                                                                            UNITED STATES MAGISTRATE JUDGE