# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER, | ) 1:12cv01873 DLB PC |
| Plaintiff, | ) ORDER GRANTING FINAL EXTENTION OF TIME |
| vs. | ) FORTY-FIVE DAY DEADLINE |
| CSP CORCORAN, et al., | ) |
| Defendants. | ) |

Plaintiff Gary Dale Barger ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on November 15, 2012. On November 21, 2012, the Court ordered Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within 45 days. Plaintiff failed to comply with the order and the Court issued an Order to Show Cause on January 31, 2012.

On February 8, 2013, Plaintiff filed a response. He contends that prison officials have confiscated most of his legal mail and are not helping with "legal services." Plaintiff states that he cannot pay the filing fee because the prison is stealing money from his loved ones.

To ensure that Plaintiff has ample opportunity to comply with the November 21, 2012, order to submit an in forma pauperis application, the Court will grant Plaintiff an additional 45 days to comply.

1

**Within 45 days from the date of service of this order, Plaintiff must submit an application to proceed in forma pauperis, or pay the filing fee, to avoid dismissal of this action**.

The Clerk of the Court is ORDERED to send Plaintiff an application to proceed in formal pauperis.

IT IS SO ORDERED.

Dated: **February 11, 2013**          /s/ Dennis L. Beck
                                  UNITED STATES MAGISTRATE JUDGE