# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DALE BARGER,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CSP CORCORAN, et al.,<br><br>　　　　Defendants. | )　1:12cv01873 DLB PC<br>)<br>)<br>)　ORDER DIRECTING CLERK OF THE<br>)　COURT TO CLOSE THIS ACTION<br>)　PURSUANT TO PLAINTIFF'S NOTICE OF<br>)　VOLUNTARY DISMISSAL<br>)<br>)　(Document 14)<br>) |

　　　　Plaintiff Gary Dale Barger ("Plaintiff") is a prisoner proceeding pro se in this civil rights action filed on November 15, 2012.

　　　　On February 27, 2013, Plaintiff filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice.  <u>Duke Energy Trading and Marketing, L.L.C. v. Davis</u>, 267 F.3d 1042, 1049 (9th Cir. 2001).  The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims.  <u>Id.</u>

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on February 27, 2013.

IT IS SO ORDERED.

Dated:   **March 4, 2013**                                      /s/ *Dennis L. Beck*
                                                                     UNITED STATES MAGISTRATE JUDGE